IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES | Mag. J. No. 19-0042-B<br>FILED UNDER SEAL |

## ORDER

This matter is before the Court on the United States' Motion to Substitute Redacted Copies of certain documents, specifically, the application and order for the installation and use of pen registers and trap and trace devices. The Court, after having considered the motion and finding that the best interests of this case will be served by permitting the substitution of redacted copies of the same for unsealing, ORDERS that the application and order in the above-captioned matter be redacted by the United States within fourteen (14) days after the Court's Order on the application is entered, and that the redacted documents will then be unsealed.

The Clerk is DIRECTED to unseal the case upon receipt of the redacted documents without further order of the Court.

DONE AND ORDERED this 5th day of February, 2019.

HON. SONJA F. BIVINS
UNITED STATES MAGISTRATE JUDGE